**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

1348671 B.C. LTD.,

        Plaintiff,

    v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, and
UNINCORPORATED ASSOCIATES
IDENTIFIED ON SCHEDULE "A,"

        Defendants.

**Case No.: 1:24-cv-09479**

**Judge John J. Tharp, Jr.**

**Magistrate Jeffrey T. Gilbert**

**JURY TRIAL DEMAND**

## <u>MOTION FOR TEMPORARY RESTRAINING ORDER</u>

Pursuant to Federal Rules of Civil Procedure 65(b)(1)(A), Plaintiff, 1348671 B.C. Ltd., respectfully moves this Court for an Order granting injunction with Temporary Restraining Order against the defendants identified on Schedule A to the Complaint in an action arising out of 35 U.S.C. § 1 *et seq*, and related state law claims. A Memorandum of Law in Support of this motion is filed concurrently with this Motion.

Date: November 1, 2024

Respectfully submitted,

/s/ Nicholas S. Lee
Edward L. Bishop
ebishop@bdl-iplaw.com
Nicholas S. Lee
nlee@bdl-iplaw.com
Benjamin A. Campbell
bcampbell@bdl-iplaw.com
Sameeul Haque
shaque@bdl-iplaw.com
BISHOP DIEHL & LEE, LTD.
1475 E. Woodfield Road, Suite 800
Schaumburg, IL 60173
Tel.:  (847) 969-9123

Fax:    (847) 969-9124

*Counsel for Plaintiff, 1348671 B.C. Ltd.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this November 1, 2024. Any other counsel of record will be served by electronic mail and/or first-class mail.

/s/ Nicholas S. Lee
Nicholas S. Lee