IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| 1348671 B.C. LTD., | ) | |
| | ) | |
| Plaintiff, | ) | No. 24 CV 9479 |
| v. | ) | Judge John J. Tharp, Jr. |
| | ) | |
| THE INDIVIDUALS, | ) | |
| CORPORATIONS, LIMITED | ) | |
| LIABILITY COMPANIES, | ) | |
| PARTNERSHIPS, AND | ) | |
| UNINCORPORATED ASSOCIATES | ) | |
| IDENTIFIED ON SCHEDULE A, | ) | |
| | | |
| Defendant. | | |

## JUDGMENT ORDER

This action having been decided by Judge John J. Tharp, Jr., on the Court's own motion, the case is dismissed for failure to prosecute, it is hereby ORDERED:

Judgment is hereby entered in favor of defendant, with no costs.

Dated: July 1, 2025

/s/ John J. Tharp, Jr.
John J. Tharp, Jr.
United States District Judge